UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>UMG Recordings, Inc., et al.</u>

    v.                      Civil No. 08-cv-00090-JL

<u>Mavis Roy</u>

### **O R D E R**

The Preliminary Pretrial Conference was held in chambers on August 26, 2008.

The Discovery Plan (document no. 18) is approved as submitted, with the following changes:

    **TRIAL DATE: October, 2009**

Based on the discussions between the court and counsel/parties at the conference, the following affirmative defenses are **stricken** without prejudice to being re-instated on request if warranted by the evidence: statute of limitations (¶23), laches (¶24), waiver (¶26), and estoppel (¶27).

    **SO ORDERED.**

                                          _____
                                          Joseph N. Laplante
                                          United States District Judge

```
Dated:  August 27, 2008

cc:     Christopher Cole, Esq.
        Laurie J. Rust, Esq.
        Peter S. Wright, Esq.
```